UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                              CASE NO.: 15-30597-KKS
                                                    CHAPTER 13

JANETTE MARIE ROE

____Debtor_____/

**CHAPTER 13 TRUSTEE'S RESPONSE TO MOTION BY
ALLY FINANCIAL FOR RELIEF FROM STAY AS TO
NON-FILING CO-DEBTOR (DOC. 43)**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and states as follows to the Motion for Relief from Stay as to Non-Filing Co-Debtor (Doc. 43):

1. The Debtor's first Plan payment was due on July 2, 2015, and the Debtor is current in the Plan payments to the Trustee.

2. The Debtor's confirmed Corrected First Amended Chapter 13 Plan provides that the claim of Ally Financial on the 2009 Honda Civic shall be paid direct, outside of the Plan, by the non-filing co-debtor (daughter shall make payments).

3. The Trustee is not directed to make any payments on behalf of this claim.

4. A copy of the Trustee's receipts and disbursements is attached hereto as an Exhibit for the Court's information and review.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
  OFFICE OF CHAPTER 13 TRUSTEE
  POST OFFICE BOX 646
  TALLAHASSEE, FL 32302
  ldhecf@earthlink.net
  (850) 681-2734 "Telephone"
  (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by the court's current CM/ECF notice of electronic filing or first class mail to:

JANETTE MARIE ROE
3341 PENIFIELD DR
PENSACOLA, FL 32503

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

ALLY FINANCIAL
C/O ANDREW W. HOUCHINS
P.O. BOX 3146
ORLANDO, FL 32802

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

December 13, 2017

# EXHIBIT
## IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| DATE | | AMOUNT |
|---|---|---|
| Jun 09, 2015 | M.O. | $180.00 |
| Jun 25, 2015 | M.O. | $180.00 |
| Jul 09, 2015 | M.O. | $180.00 |
| Jul 23, 2015 | M.O. | $180.00 |
| Aug 10, 2015 | EMPC | $180.00 |
| Aug 24, 2015 | EMPC | $180.00 |
| Sep 04, 2015 | EMPC | $180.00 |
| Sep 21, 2015 | EMPC | $180.00 |
| Oct 02, 2015 | EMPC | $180.00 |
| Oct 13, 2015 | EMPC | $180.00 |
| Oct 29, 2015 | EMPC | $180.00 |
| Nov 13, 2015 | EMPC | $180.00 |
| Nov 30, 2015 | EMPC | $180.00 |
| Dec 11, 2015 | EMPC | $180.00 |
| Dec 28, 2015 | EMPC | $180.00 |
| Jan 05, 2016 | EMPC | $180.00 |
| Jan 19, 2016 | EMPC | $180.00 |
| Feb 05, 2016 | EMPC | $180.00 |
| Feb 18, 2016 | EMPC | $180.00 |
| Mar 04, 2016 | EMPC | $180.00 |
| Mar 21, 2016 | EMPC | $180.00 |
| Apr 01, 2016 | EMPC | $180.00 |
| Apr 11, 2016 | EMPC | $180.00 |
| Apr 25, 2016 | EMPC | $180.00 |
| May 06, 2016 | EMPC | $180.00 |
| May 19, 2016 | EMPC | $180.00 |
| Jun 06, 2016 | EMPC | $180.00 |
| Jun 20, 2016 | EMPC | $180.00 |
| Jul 01, 2016 | EMPC | $180.00 |
| Jul 14, 2016 | EMPC | $180.00 |
| Jul 29, 2016 | EMPC | $180.00 |
| Aug 12, 2016 | EMPC | $180.00 |
| Aug 25, 2016 | EMPC | $180.00 |

# EXHIBIT
## IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| DATE | | AMOUNT |
|---|---|---|
| Sep 09, 2016 | EMPC | $180.00 |
| Sep 23, 2016 | EMPC | $180.00 |
| Oct 07, 2016 | EMPC | $180.00 |
| Oct 24, 2016 | EMPC | $180.00 |
| Nov 07, 2016 | EMPC | $180.00 |
| Nov 18, 2016 | EMPC | $180.00 |
| Dec 02, 2016 | EMPC | $180.00 |
| Dec 19, 2016 | EMPC | $180.00 |
| Jan 03, 2017 | EMPC | $180.00 |
| Jan 17, 2017 | EMPC | $180.00 |
| Jan 27, 2017 | EMPC | $180.00 |
| Feb 10, 2017 | EMPC | $180.00 |
| Feb 24, 2017 | EMPC | $180.00 |
| Mar 10, 2017 | EMPC | $180.00 |
| Mar 27, 2017 | EMPC | $180.00 |
| Apr 10, 2017 | EMPC | $180.00 |
| Apr 21, 2017 | EMPC | $180.00 |
| Apr 24, 2017 | P.C. | $730.00 |
| Apr 26, 2017 | P.C. | $-730.00 |
| Apr 26, 2017 | ITRCN | $730.00 |
| May 08, 2017 | EMPC | $180.00 |
| May 18, 2017 | EMPC | $180.00 |
| Jun 05, 2017 | EMPC | $180.00 |
| Jun 16, 2017 | EMPC | $180.00 |
| Jun 30, 2017 | EMPC | $180.00 |
| Jul 13, 2017 | EMPC | $180.00 |
| Jul 28, 2017 | EMPC | $180.00 |
| Aug 11, 2017 | EMPC | $180.00 |
| Aug 31, 2017 | EMPC | $180.00 |
| Sep 11, 2017 | EMPC | $180.00 |
| Sep 25, 2017 | EMPC | $180.00 |
| Oct 10, 2017 | EMPC | $180.00 |
| Oct 23, 2017 | EMPC | $180.00 |

## EXHIBIT
### IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| **DATE** | | **AMOUNT** |
|---|---|---|
| Nov 06, 2017 | EMPC | $180.00 |
| Nov 20, 2017 | EMPC | $180.00 |
| Dec 05, 2017 | EMPC | $180.00 |
| | TOTAL AMOUNT PAID: | **12,610.00** |

# EXHIBIT
## IF BLANK, THERE ARE NO DISBURSEMENTS

Disbursements Paid:

| DATE | | AMOUNT |
|---|---|---|
| Jun 09, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Jun 25, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Jul 09, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Jul 23, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Aug 10, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Aug 24, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Oct 02, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Oct 13, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Oct 29, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Nov 13, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Nov 30, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Dec 11, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Dec 28, 2015 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Jan 05, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Jan 19, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Feb 05, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Feb 18, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Feb 22, 2016 | LEWIS & JURNOVOY, P.A. | $2,951.40 |
| Mar 04, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Mar 21, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Mar 28, 2016 | LEWIS & JURNOVOY, P.A. | $325.80 |
| Apr 01, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Apr 11, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Apr 19, 2016 | LEWIS & JURNOVOY, P.A. | $325.80 |
| Apr 25, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| May 06, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| May 19, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| May 23, 2016 | LEWIS & JURNOVOY, P.A. | $488.70 |
| Jun 06, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Jun 20, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Jun 27, 2016 | LEWIS & JURNOVOY, P.A. | $325.80 |
| Jul 01, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Jul 14, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |

# EXHIBIT
## IF BLANK, THERE ARE NO DISBURSEMENTS

Disbursements Paid:

| DATE | | AMOUNT |
|---|---|---|
| Jul 26, 2016 | LEWIS & JURNOVOY, P.A. | $182.50 |
| Jul 26, 2016 | SPRINGLEAF FINANCIAL SERVICES | $39.07 |
| Jul 26, 2016 | PORTFOLIO RECOVERY ASSOCIATE | $17.58 |
| Jul 26, 2016 | NISSAN MOTOR ACCEPTANCE CORP | $43.48 |
| Jul 29, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Aug 12, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Aug 25, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Aug 29, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $37.64 |
| Aug 29, 2016 | SPRINGLEAF FINANCIAL SERVICES | $88.82 |
| Aug 29, 2016 | CREDIT FIRST NA | $31.72 |
| Aug 29, 2016 | PORTFOLIO RECOVERY ASSOCIATE | $39.97 |
| Aug 29, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $16.67 |
| Aug 29, 2016 | NISSAN MOTOR ACCEPTANCE CORP | $98.85 |
| Aug 29, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $24.82 |
| Sep 09, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Sep 23, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Sep 27, 2016 | PORTFOLIO RECOVERY ASSOCIATE | $19.80 |
| Sep 27, 2016 | AUTOMATED COLLECTION SERVICE | $22.78 |
| Sep 27, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $17.37 |
| Sep 27, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $39.21 |
| Sep 27, 2016 | SPRINGLEAF FINANCIAL SERVICES | $133.22 |
| Sep 27, 2016 | CREDIT FIRST NA | $33.05 |
| Sep 27, 2016 | PORTFOLIO RECOVERY ASSOCIATE | $59.96 |
| Sep 27, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $25.86 |
| Sep 27, 2016 | PORTFOLIO RECOVERY ASSOCIATE | $19.66 |
| Sep 27, 2016 | NISSAN MOTOR ACCEPTANCE CORP | $148.27 |
| Oct 07, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Oct 24, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Oct 26, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $26.14 |
| Oct 26, 2016 | SPRINGLEAF FINANCIAL SERVICES | $88.82 |
| Oct 26, 2016 | CREDIT FIRST NA | $22.03 |
| Oct 26, 2016 | PORTFOLIO RECOVERY ASSOCIATE | $39.97 |
| Oct 26, 2016 | NISSAN MOTOR ACCEPTANCE CORP | $98.85 |

# EXHIBIT
## IF BLANK, THERE ARE NO DISBURSEMENTS

Disbursements Paid:

| DATE | | AMOUNT |
|---|---|---|
| Oct 26, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $17.24 |
| Nov 07, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Nov 18, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Nov 29, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $26.14 |
| Nov 29, 2016 | SPRINGLEAF FINANCIAL SERVICES | $88.81 |
| Nov 29, 2016 | CREDIT FIRST NA | $22.03 |
| Nov 29, 2016 | PORTFOLIO RECOVERY ASSOCIATE | $39.97 |
| Nov 29, 2016 | AUTOMATED COLLECTION SERVICI | $15.50 |
| Nov 29, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $23.16 |
| Nov 29, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $17.24 |
| Nov 29, 2016 | NISSAN MOTOR ACCEPTANCE CORI | $98.84 |
| Dec 02, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Dec 19, 2016 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Dec 22, 2016 | PORTFOLIO RECOVERY ASSOCIATE | $20.22 |
| Dec 22, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $26.14 |
| Dec 22, 2016 | SPRINGLEAF FINANCIAL SERVICES | $88.82 |
| Dec 22, 2016 | CREDIT FIRST NA | $22.03 |
| Dec 22, 2016 | PORTFOLIO RECOVERY ASSOCIATE | $39.97 |
| Dec 22, 2016 | NISSAN MOTOR ACCEPTANCE CORI | $98.85 |
| Dec 22, 2016 | QUANTUM3 GROUP LLC AS AGENT ] | $17.24 |
| Dec 22, 2016 | PORTFOLIO RECOVERY ASSOCIATE | $20.07 |
| Jan 03, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Jan 17, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Jan 27, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Jan 31, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $26.14 |
| Jan 31, 2017 | SPRINGLEAF FINANCIAL SERVICES | $88.81 |
| Jan 31, 2017 | CREDIT FIRST NA | $22.03 |
| Jan 31, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $39.97 |
| Jan 31, 2017 | AUTOMATED COLLECTION SERVICI | $15.50 |
| Jan 31, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $23.16 |
| Jan 31, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $17.24 |
| Jan 31, 2017 | NISSAN MOTOR ACCEPTANCE CORI | $98.84 |
| Feb 10, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |

# EXHIBIT
## IF BLANK, THERE ARE NO DISBURSEMENTS

Disbursements Paid:

| DATE | | AMOUNT |
|---|---|---|
| Feb 24, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Feb 24, 2017 | SPRINGLEAF FINANCIAL SERVICES | $20.66 |
| Feb 24, 2017 | LEWIS & JURNOVOY, P.A. | $250.00 |
| Feb 24, 2017 | NISSAN MOTOR ACCEPTANCE CORF | $23.00 |
| Mar 10, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Mar 27, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $17.10 |
| Mar 29, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $45.29 |
| Mar 29, 2017 | SPRINGLEAF FINANCIAL SERVICES | $133.23 |
| Mar 29, 2017 | CREDIT FIRST NA | $38.18 |
| Mar 29, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $69.26 |
| Mar 29, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $18.41 |
| Mar 29, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $20.06 |
| Mar 29, 2017 | NISSAN MOTOR ACCEPTANCE CORF | $148.27 |
| Mar 29, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $29.87 |
| Mar 29, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $18.28 |
| Apr 10, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Apr 21, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Apr 24, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $73.00 |
| Apr 26, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | -$73.00 |
| Apr 26, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $73.00 |
| Apr 27, 2017 | AUTOMATED COLLECTION SERVICI | $15.56 |
| Apr 27, 2017 | SPRINGLEAF FINANCIAL SERVICES | $24.51 |
| Apr 27, 2017 | NISSAN MOTOR ACCEPTANCE CORF | $27.28 |
| May 08, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| May 18, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| May 26, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $104.77 |
| May 26, 2017 | SPRINGLEAF FINANCIAL SERVICES | $331.49 |
| May 26, 2017 | CREDIT FIRST NA | $88.31 |
| May 26, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $160.22 |
| May 26, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $27.00 |
| May 26, 2017 | AUTOMATED COLLECTION SERVICI | $28.92 |
| May 26, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $46.42 |
| May 26, 2017 | NISSAN MOTOR ACCEPTANCE CORF | $368.93 |

**EXHIBIT**
IF BLANK, THERE ARE NO DISBURSEMENTS

Disbursements Paid:

| DATE | | AMOUNT |
|---|---|---|
| May 26, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $26.80 |
| May 26, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $69.11 |
| Jun 05, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Jun 16, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Jun 28, 2017 | NISSAN MOTOR ACCEPTANCE CORF | $98.30 |
| Jun 28, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $25.99 |
| Jun 28, 2017 | SPRINGLEAF FINANCIAL SERVICES | $88.33 |
| Jun 28, 2017 | CREDIT FIRST NA | $21.91 |
| Jun 28, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $39.75 |
| Jun 28, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $17.15 |
| Jun 30, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Jul 13, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Jul 26, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $23.04 |
| Jul 26, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $25.99 |
| Jul 26, 2017 | SPRINGLEAF FINANCIAL SERVICES | $88.32 |
| Jul 26, 2017 | CREDIT FIRST NA | $21.91 |
| Jul 26, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $39.75 |
| Jul 26, 2017 | NISSAN MOTOR ACCEPTANCE CORF | $98.30 |
| Jul 26, 2017 | AUTOMATED COLLECTION SERVICE | $15.42 |
| Jul 26, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $17.15 |
| Jul 28, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Aug 11, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Aug 29, 2017 | NISSAN MOTOR ACCEPTANCE CORF | $147.45 |
| Aug 29, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $23.45 |
| Aug 29, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $17.27 |
| Aug 29, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $38.99 |
| Aug 29, 2017 | SPRINGLEAF FINANCIAL SERVICES | $132.49 |
| Aug 29, 2017 | CREDIT FIRST NA | $32.86 |
| Aug 29, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $59.63 |
| Aug 29, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $25.72 |
| Aug 29, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $23.27 |
| Aug 31, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Sep 11, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |

# EXHIBIT
## IF BLANK, THERE ARE NO DISBURSEMENTS

Disbursements Paid:

| DATE | | AMOUNT |
|---|---|---|
| Sep 25, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Sep 26, 2017 | SPRINGLEAF FINANCIAL SERVICES | $44.16 |
| Sep 26, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $19.88 |
| Sep 26, 2017 | NISSAN MOTOR ACCEPTANCE CORF | $49.15 |
| Sep 26, 2017 | AUTOMATED COLLECTION SERVICI | $15.41 |
| Oct 10, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Oct 23, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Oct 23, 2017 | NISSAN MOTOR ACCEPTANCE CORF | $147.45 |
| Oct 23, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $23.03 |
| Oct 23, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $51.99 |
| Oct 23, 2017 | SPRINGLEAF FINANCIAL SERVICES | $132.49 |
| Oct 23, 2017 | CREDIT FIRST NA | $43.82 |
| Oct 23, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $59.63 |
| Oct 23, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $34.29 |
| Nov 06, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Nov 20, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| Nov 28, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $26.00 |
| Nov 28, 2017 | SPRINGLEAF FINANCIAL SERVICES | $88.33 |
| Nov 28, 2017 | CREDIT FIRST NA | $21.91 |
| Nov 28, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $39.75 |
| Nov 28, 2017 | NISSAN MOTOR ACCEPTANCE CORF | $98.30 |
| Nov 28, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $20.10 |
| Nov 28, 2017 | AUTOMATED COLLECTION SERVICI | $19.27 |
| Nov 28, 2017 | QUANTUM3 GROUP LLC AS AGENT ] | $17.15 |
| Nov 28, 2017 | PORTFOLIO RECOVERY ASSOCIATE | $19.94 |
| Dec 05, 2017 | LEIGH D. HART, CHAPTER 13 TRUST | $18.00 |
| | **TOTAL AMOUNT DISBURSED:** | **$12,259.49** |